UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>TIMOTHY A. CURRIER,<br><br>                            Defendant. | Case No. **6:18-PO-5057-JCL**<br><br>VIOLATION: FAJE0036, FBDW00AP<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING<br>PLEA LETTER and<br>VACATING BENCH TRIAL |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated October 4, 2018, advising Plaintiff has reached an agreement with Defendant.  An agreement has been made that Defendant is to pay $330.00 by November 15, 2018, to fully satisfy the obligation for citation FBDW00AP.  Upon full payment of the forfeiture amount above, the United States will ask the Court to rescind the warrant for Violation No. FAJE0036 and dismiss Violation No. FAJE0036.

    **IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $330.00 on Violation No. FBDW00AP by November 15, 2018.  The warrant for Violation No. FAJE0036 is **QUASHED** and **DISMISSED**.

The bench trial scheduled for November 14, 2018 at 3:00 p.m. is

**VACATED**.

DATED this 8th day of November, 2018.

_____
JEREMIAH C. LYNCH
United States Magistrate Judge